USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
TRUSTEES OF THE NEW YORK CITY              :
DISTRICT COUNCIL OF CARPENTERS             :
PENSION FUND, WELFARE FUND,                :
ANNUITY FUND, APPRENTICESHIP,              :
JOURNEYMAN RETRAINING,                     :
EDUCATIONAL AND INDUSTRY FUND,             :
TRUSTEES OF THE NEW YORK CITY              :
CARPENTERS RELIEF AND CHARITY              :      23-CV-11275 (VEC)
FUND, and THE CARPENTER CONTRACTOR         :
ALLIANCE OF METROPOLITAN NEW               :              ORDER
YORK,                                      :
                                           :
                           Plaintiffs,     :
                                           :
            -against-                      :
                                           :
BILTMORE GENERAL CONTRACTORS INC.,         :
LIBERTY MUTUAL INSURANCE COMPANY,          :
ABC CONSTRUCTION CONTRACTING INC.,         :
and THE OHIO CASUALTY INSURANCE            :
COMPANY,                                   :
                                           :
                           Defendants.     :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for an Initial Pretrial Conference on Friday, May 3, 2024;

IT IS HEREBY ORDERED that the next status conference is scheduled for **Friday, July 26, 2024, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

IT IS FURTHER ORDERED that the parties must submit a joint status update letter by no later than **Friday, July 12, 2024**. The joint letter must state whether the July 26, 2024, status

conference is necessary and whether the parties request a referral to a magistrate judge for a settlement conference.

**SO ORDERED.**

Date:  May 6, 2024
      New York, New York

                        **VALERIE CAPRONI**
                        United States District Judge