UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND,
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND et al.,

                        Plaintiffs,

            -against-

BILTMORE GENERAL CONTRACTORS Inc. et al.,

                      Defendants.
-----------------------------------------------------------------X

23-CV-11275 (VEC)

**<u>ORDER SCHEDULING
SETTLEMENT
CONFERENCE</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **<u>Monday, October 28, 2024 at 2:00 p.m.</u>**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

Defendant must respond to Plaintiff's previous demand, prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **October 21, 2024.**

**SO ORDERED.**

DATED:   New York, New York
         July 16, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge