UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND,
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND et al.,

                          Plaintiffs,

          -against-

BILTMORE GENERAL CONTRACTORS Inc. et al.,

                         Defendants.
------------------------------------------------------------------X

23-CV-11275 (VEC)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Defendant's motion to adjourn the settlement conference at ECF No. 60 is hereby GRANTED.

      Counsel for the parties are directed to attend a pre-settlement telephone conference on **October 28, 2024 at 2 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 60.

      **SO ORDERED.**

DATED:    New York, New York
               October 15, 2024

                                                                                         _____
                                                                                         VALERIE FIGUEREDO
                                                                                         United States Magistrate Judge