UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND,
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, et al.,

                              Plaintiffs,                                    23-CV-11275 (VEC)

                                                                            **ORDER**
                    -against-

BILTMORE GENERAL CONTRACTORS INC., et al.,

                              Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A settlement conference in this matter is hereby scheduled for **Wednesday, February 5, 2025** at 10:00 a.m. in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter. Liberty Mutual Insurance Company need not attend in person, and a representative for Liberty Mutual Insurance Company is instead to be available by telephone on the date of the settlement conference. The parties are directed to refer to the Court's standing order applicable to settlement conferences, available at https://www.nysd.uscourts.gov/hon-valerie-figueredo. As indicated in that order, parties must submit pre-conference submissions, via e-mail to chambers, no later than **Wednesday, January 29, 2025**.

        **SO ORDERED.**

DATED:        New York, New York
              October 28, 2024

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge