Case 1:23-cv-11275-VEC   Document 63   Filed 11/25/24   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/2024

# DREIFUSS BONACCI & PARKER, PC

ATTORNEYS AT LAW

David C. Dreifuss (NJ)
JoAnne M. Bonacci (NJ, NY & PA)
Paul H. Mandal (NJ & NY)

Paul M. McCormick (NJ & NY)
Robert Scheinbaum (NJ & NY)
Margaret A. Palmeri (NJ & NY)

26 Columbia Turnpike
*North Entrance*
Florham Park, New Jersey 07932

(973) 514-1414
Telefax (973) 514-5959

Writer's E-mail Address:
mpalmeri@dbplawfirm.com

*Please reply to New Jersey Office*

Five Penn Plaza
23rd Floor
New York, New York 10001
(646) 723-1010

100 South Juniper St.
Philadelphia, Pennsylvania 19107

<u>**VIA ECF**</u>

Hon. Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   ***Trustees of the New York City District Council of Carpenters Pension Fund, et al. v. Biltmore General Contractors Inc., et al.***, **23 CV 11275 (VEC)**

Dear Judge Caproni:

This firm represents Defendant Liberty Mutual Insurance Company in the above-referenced matter. The parties respectfully submit this letter to request an adjournment of the pre-trial conference currently scheduled for December 6, 2024, in light of the rescheduling of the settlement conference from October 28, 2024, to February 5, 2025, before U.S. Magistrate Judge Valerie Figueredo. There have been no other adjournments of court proceedings in this matter.

All parties consent to this request and agree that it would be more efficient to hold the pre-trial conference after the settlement conference. The parties are available for the adjourned pre-trial conference on February 28, 2025, or March 7, 2025.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/Margaret A. Palmeri*

Margaret A. Palmeri, Esq.

cc:   Counsel of record (via ECF)

Application GRANTED.  The pretrial conference scheduled for Friday, December 6, 2024, at 10:00 A.M. is ADJOURNED to **Friday, March 7, 2025, at 10:00 A.M.** The parties' deadline to submit a joint letter in accordance with the Court's Order at Dkt. 59 is extended from Thursday, November 28, 2024, to **Thursday, February 27, 2025**.

SO ORDERED.

*[Signature]*     11/25/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE