

**VIRGINIA & AMBINDER LLP**
Attorneys at Law

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**Maura Moosnick**
Partner
mmoosnick@vandallp.com

January 28, 2025

<u>**VIA ECF**</u>

Hon. Valerie E. Figueredo, U.S.M.J.
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

> **MEMO ENDORSED**
>
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
>
> **Dated:** 1/29/25
>
> The settlement conference scheduled for 2/5/25 is hereby canceled. If the parties are unable to finalize their settlement agreement, they are directed to reach out to the Court to reschedule the conference for a later date. The Clerk of Court is directed to terminate the motion at ECF No. 65.

Re: <u>***Trustees of the New York City District Council of Carpenters Pension Fund, et al. v. Biltmore General Contractors Inc., et al.***</u>***, 23 CV 11275 (VEC)***

Dear Judge Figueredo:

    This firm represents the Plaintiffs in the above-referenced case. We submit this letter with the consent of all Defendants, seeking an adjournment of the settlement conference scheduled for February 5, 2025 (*see* ECF Doc. No. 62). This is the second request for an adjournment of the settlement conference. The parties' first request was granted.

    The parties have reached a settlement in principle that will be presented to Plaintiffs for approval on February 4, 2025, after which the parties will need time to finalize a written settlement agreement. We respectfully request an adjournment of the settlement conference in order to avoid expending additional fees on pre-conference submissions and attendance at a settlement conference at this time. The parties are available for the adjourned settlement conference on either April 10, 2025 or April 15, 2025.

    We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/Maura Moosnick*

Maura Moosnick, Esq.

cc:    Counsel of record (via ECF)