USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY : 
DISTRICT COUNCIL OF CARPENTERS :
PENSION FUND, WELFARE FUND, ANNUITY :
FUND, APPRENTICESHIP, JOURNEYMAN :          23-CV-11275 (VEC)
RETRAINING, EDUCATIONAL AND :
INDUSTRY FUND, TRUSTEES OF THE NEW :          ORDER
YORK CITY CARPENTERS RELIEF AND :
CHARITY FUND, and THE CARPENTER :
CONTRACTOR ALLIANCE OF :
METROPOLITAN NEW YORK, :
                                           :
                          Plaintiffs, :
         -against- :
                                           :
BILTMORE GENERAL CONTRACTORS INC., :
and LIBERTY MUTUAL INSURANCE :
COMPANY, :
                                         :
                         Defendants. :

------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on February 27, 2025 (Dkt. 67), the parties notified the Court that an

agreement was reached on all issues; and

       IT IS HEREBY ORDERED THAT all previously scheduled conferences and other

deadlines are CANCELLED.

       IT IS FURTHER ORDERED that this case is DISMISSED with prejudice and without

costs (including attorneys' fees) to either party.  The Clerk of Court is respectfully directed to

terminate all open motions and to CLOSE the case.

       Within **30 days** of this order, the parties may apply to reopen this case.  Any such

application must show good cause for holding the case open in light of the parties' settlement

and must be filed within **30 days**.  Any request filed after 30 days or without a showing of good cause may be denied solely on that basis.

Additionally, if the parties wish for the Court to retain jurisdiction to enforce their settlement agreement, they must submit **within the same 30-day period**:  (1) their settlement agreement to the Court in accordance with Rule 7.A of the Court's Individual Practices and (2) a request that the Court issue an order expressly retaining jurisdiction to enforce the settlement agreement.  *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

**Date:  March 3, 2025**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**